ACCEPTED
05-18-00160-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 10:53 AM
LISA MATZ
CLERK

## Case No. 05-18-00160-CV

IN THE FIFTH COURT OF APPEALS
DALLAS, TEXAS

Sky Interests Corp., *Appellant*,

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/05/2018 10:53:51 AM
LISA MATZ
Clerk

v.

Elle Moisdon, *Appellee*.

### APPELLANT'S UNOPPOSED FIRST MOTION
### FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Sky Interests Corp. ("Appellant") files this unopposed first motion for extension of time to file its brief under the authority of Texas Rule of Appellate Procedure 10.5(b)(1) as follows:

### INTRODUCTION

1.     The current deadline for filing Appellant's brief is June 9, 2018.

2.     Appellant seeks a thirty-day extension until July 9, 2018, to file its brief.

3.     This is Appellant's first request for an extension of time and Appellee does not oppose the requested extension.

4.     Appellant requires additional time to file its brief because the court reporter's record was lost in the mail and counsel for Appellant did not receive a copy of the reporter's record until May 31, 2018. Further, counsel for Appellant has been engaged in other litigation, preparing for trial deadlines which have hampered his ability to prepare this brief before its current deadline, as stated below:

> ➤     Cause no. 17-0249-C368 styled *Berenis de la Garza v. Whataburger*

*Stores LLC aka Whataburger Restaurants LLC*, in the 368th District Court of Williamson County, Texas, set for trial July 9, 2018.

➢ Cause no. 048-292499-17, styled *Critical Electric Systems Group, LLC v. System Electric Company, et al.*, in the 48th District Court of Tarrant County, Texas, set for trial July 9, 2018.

## NO OPPOSITION

5.      Appellant's counsel has conferred with Appellee's counsel, Jason A. Duff, who does not oppose this motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Sky Interests Corp. respectfully asks this Court to grant this motion and to extend the date for filing Appellant's brief for a period of thirty days, to July 9, 2018.

Respectfully submitted,

**PLUNK SMITH, PLLC**

*/s/ Court D. Smith*_____
Court D. Smith, SBN: 24008049
Molly Ann Lawrence, SBN: 24083365
1701 Legacy Drive, Suite 52000
Frisco, Texas 75034
Telephone: (972) 370-3333
Facsimile: (972) 294-5274
E-mail: csmith@plunksmith.com

**ATTORNEYS FOR APPELLANT
SKY INTERESTS CORP.**

## CERTIFICATE OF CONFERENCE

I hereby certify that an attempt was made to confer about the sum and substance of Appellant's motion for extension of time to file brief with counsel for Appellee on June 5, 2018, and the above motion is UNOPPOSED.

*/s/ Court D. Smith*_____
Court D. Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via electronic filing system on this 5th day of June, 2018 to the following:

Jason A. Duff
2615 Lee Street
P.O. Box 11
Greenville, Texas 75403
Facsimile: 903-455-1417
Email: jasonaduff@hotmail.com
*Attorney for Appellee*

*/s/ Molly Ann Lawrence*_____
Molly Ann Lawrence